PEOPLE v. HARRINGTON

Appeal from Charlevoix, Charles L. Brown, J. Submitted Division 3 November 13, 1970, at Grand Rapids. (Docket No. 8732.) Decided February 24, 1971. Leave to appeal denied July 14, 1971, 385 Mich 766.

Clarence Jerry Harrington was convicted, on his plea of guilty, of uttering and publishing a forged instrument. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Harvey C. Varnum,* Prosecuting Attorney, for the people.

*Robert L. Hoffman,* for defendant on appeal.

Before: T. M. BURNS, P. J., and R. B. BURNS and MUNRO,* JJ.

PER CURIAM. A warrant was issued charging defendant with uttering and publishing a forged instrument. MCLA § 750.249 (Stat Ann 1962 Rev § 28.446). Arraignment was had on the warrant and a preliminary examination was waived. After the arraignment defendant was bound over to circuit court and an information was filed. On the same date defendant was arraigned on the informa-

---

* Circuit judge, sitting on the Court of Appeals by assignment.

tion and pled guilty. He was sentenced to serve from 7 to 14 years in the state prison.

On appeal defendant contends that his guilty plea was not properly accepted.

A review of the record shows that the lower court complied with GCR 1963, 785.3 in accepting the defendant's guilty plea. In addition, in reviewing the acceptance of a guilty plea this Court is concerned with substance and not form. There does not appear to be any miscarriage of justice in the instant case that requires reversal of the lower court. *People* v. *Winegar* (1968), 380 Mich 719.

Affirmed.